ALAN D. OPPENHEIMER, INC., Respondent, *v.* HYGRADE FOOD
PRODUCTS CORPORATION, Appellant.

Argued November 30, 1950; decided January 11, 1951.

*Edward H. Kavinoky* and *Michael M. Cohn* for appellant.
*James A. Deckop* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.